IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HASSAN AYYOUBI, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-111-KC |
| § | |
| MARY DE ANDA-YBARRA et al., § | |
| § | |
| Respondents. § | |

### **ORDER**

On this day, the Court considered the case. On January 30, 2026, the Court ordered Respondents to provide a status report on February 12 detailing (1) whether Hassan Ayyoubi had been removed to Iran, and if so, the date of his removal; and (2) if he had not been removed to Iran, why he had not been removed and the date on which he would be removed. Jan. 30, 2026, Order 2, ECF No. 5.

Respondents inform the Court that Ayyoubi has not yet been removed to Iran. Status Report ¶ 2, ECF No. 6. However, he is scheduled for removal via commercial air on February 20, 2026. *See id.* Respondents explain that "Ayyoubi's removal could not be rescheduled earlier as coordination for long-distance, international travel takes time and multi-agency cooperation." *See* Decl. Robert Lopez ¶ 6, ECF No. 6-1.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than February 23, 2026**, stating (1) whether Ayyoubi was removed from the United States on February 20, 2026; and (2) if Ayyoubi was not removed, why he was not removed and the date on which he is scheduled to be removed.

2

**SO ORDERED.**

SIGNED this 14th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE