IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HASSAN AYYOUBI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-111-KC |
| | § | |
| MARY DE ANDA-YBARRA et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On February 14, 2026, the Court ordered Respondents to provide a status report on February 23 detailing (1) whether Hassan Ayyoubi was removed from the United States on February 20; and (2) if he had not been removed, why not, and the date on which he was scheduled to be removed. Feb. 14, 2026, Order 1, ECF No. 7.

Respondents inform the Court that they cancelled Ayyoubi's February 20 flight to Iran because the Board of Immigration Appeals ("BIA") granted Ayyoubi's request for a stay of his removal pending his appeal of the Immigration Judge's ("IJ's") denial of his motion to reopen. Status Report 1, ECF No. 8; *see id.* Ex. B ("BIA Stay Order"), ECF No. 8-2. Thus, Ayyoubi was not removed to Iran, remains detained, and "ICE will continue removal efforts once the stay is lifted." Status Report 1.

Ayyoubi challenged his post-final-removal-order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Pet. 9–10, ECF No. 1. He argued that he was "being indefinitely detained by federal agents without any viable plan for removal, and in violation of his constitutional rights to due process of law." *Id.* at 9. However, Ayyoubi's removal, which was imminent, has now been stayed by the BIA pending adjudication of his appeal. Ayyoubi is thus no longer subject to post-

final-removal order detention under 8 U.S.C. § 1231(a).  And his *Zadvydas* claim for prolonged post-final-removal-order detention is no longer viable.  *See Zadvydas*, 533 U.S. at 699–701.  Therefore, dismissal of the Petition is appropriate.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED**.

**The Clerk shall close the case**.  To the extent Ayyoubi wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED.**

SIGNED this 24th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE